IDA CHEIFETZ and HEI-GOLD LUNCHEONETTE, INC., Respondents, v. ABRAHAM F. SCHNEIDER and Others, Appellants, and Others, Defendants.— Order denying appellants' motion to dismiss the complaint for failure to state a cause of action or for alternative relief, affirmed, with ten dollars costs and disbursements to respondents, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

notes and chattel mortgages executed by plaintiffs, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.